**Opinion issued November 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00928-CV

———————————

## IN RE WILLIAM VIDES, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator William Vides filed a petition for writ of mandamus challenging the trial court's October 10, 2023 temporary injunction order and all subsequent orders enforcing it.[1]  Relator also filed an emergency motion to stay the orders.  Real party

---

[1]  The underlying case is *Highland Village Management, LLC v. William Vides; Will Vides Properties, LLC; William Vides Property LLC; WV Systems LLC; and Joke Rider Production LLC* , cause number 23-DCV-309158, pending in the 434th District Court of Fort Bend County, Texas, the Honorable J. Christian Becerra presiding.

in interest Highland Village Management, LLC filed a response to the emergency motion.

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.